UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
IN RE WORLD TRADE CENTER LOWER                                 :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                             :
                                                               :
                                                               :
                                                               :
                                                               :
                                                               :
---------------------------------------------------------------X
MIGUEL TORRES,                                                 :    07-CV-08290-AKH
                                                               :
                        Plaintiff,                             :
                                                               :    **APPEARANCE**
     - against -                                               :
                                                               :    **ELECTRONICALLY FILED**
                                                               :
ALAN KASMAN D/B/A KASCO, *et al.*,                             :
                                                               :
                        Defendants.                            :
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York                DICKSTEIN SHAPIRO LLP
        January 18, 2008

                                    By:      /s/ Judith R. Cohen
                                          _____
                                          Judith R. Cohen (JC-8614)
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Phone: (212) 277-6500
                                          Fax: (212) 277-6501

                                          *Attorney for Defendant*
                                          MERRILL LYNCH & CO., INC.